IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY AVANCE**                                              **PLAINTIFF**
**# 24-355**

v.                       Case No. 4:24-CV-00965-JM-JTK

**DARELL ELKINS,** *et al*.                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE